IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CALVIN MORRIS
ADC # 101286                                                                                      PETITIONER

vs.                                    Case No. 5:06-CV-00260-HLJ

LARRY NORRIS, DIRECTOR
ARKANSAS DEPARTMENT OF CORRECTION                              RESPONDENT

## ORDER

The Arkansas Supreme Court did not address Petitioner's manslaughter instruction issue, ground one, in its opinion denying Petitioner's second direct appeal. Respondent is directed to submit a copy of the argument portion of Petitioner's brief in that proceeding within twenty (20) days. If Petitioner did not raise this argument on direct appeal, Respondent is directed to submit with the exhibit a brief on the question of whether this issue is procedurally barred.

IT IS SO ORDERED this 21st day of July, 2009.

_____
UNITED STATES MAGISTRATE JUDGE