IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CALVIN MORRIS                                                                                       PETITIONER
ADC # 101286

vs.                                            Case No. 5:06-CV-00260-HLJ

LARRY NORRIS, Director
Arkansas Department of Correction                                                RESPONDENT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief sought is denied.

SO ADJUDGED this 6th day of November, 2009.

_____
UNITED STATES MAGISTRATE JUDGE